**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 16, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00296-CV

---

## IN RE EDWIN K. HUNTER, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 365,053-401**

---

## MEMORANDUM OPINION

On Tuesday, April 23, 2024, relator Edwin K. Hunter filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable James Horwitz, presiding judge of the Probate Court No. 4 of Harris County, to vacate its December 21, 2023 "Order Denying Defendant Edwin K. Hunter's Motion for

Traditional and No-Evidence Summary Judgment" and enter an order granting relator's motion for summary judgment.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift this court's May 2, 2024 stay order.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.